IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Lavanza C. Mack, #189340, ) | C.A. No. 4:09-275-TLW-TER |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| State of South Carolina; and ) | |
| Raymond Reed, Warden of Manning Correctional ) | |
| Institution, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

The *pro se* petitioner, an inmate at the South Carolina Department of Corrections, seeks *habeas corpus* relief under Title 28, United States Code, Section 2254. (Doc. # 1). The respondents filed a return and motion for summary judgment on April 13, 2009. (Docs. # 11 and # 12). Pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the petitioner was advised by Order filed April 14, 2009 that he had thirty-four (34) days to file any material in opposition to the motion for summary judgement. (Doc. # 13). No response was filed. A Report and Recommendation was entered on June 1, 2009 recommending that this action be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. Petitioner filed objections to the Report and Recommendation. In his objections Petitioner indicates that he "chose not to submit a brief or argument because he felt the issues raised in his petition were sufficient for adjudication." Based on the objections filed, this Court remanded the case to the Magistrate Judge for preparation of a supplemental report and recommendation to include a discussion of the merits of the case.

This matter is now before the undersigned for review of the Report and Recommendation

1

("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the respondents' motion for summary judgment be granted, the Petitioner's Petition for Writ of Habeas Corpus be denied and the petition be dismissed without an evidentiary hearing. (Doc. # 24). Petitioner has filed objections to the Report. (Doc. # 26).

In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections. . . . The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F.Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of this standard, the Court has reviewed, de novo, the Report and the objections thereto. The Court accepts the Report.

**THEREFORE, IT IS HEREBY ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 24), petitioner's objections are **OVERRULED** (Doc. # 26); respondents' motion for summary judgment is **GRANTED** (Doc. # 11); Petitioner's Petition for Writ of Habeas Corpus is **DENIED** and the petition is **DISMISSED** without an evidentiary hearing.

The Court has reviewed this petition in accordance with Rule 11 of the Rules Governing Section 2254 Proceedings. The Court concludes that it is not appropriate to issue a certificate of appealability as to the issues raised herein. Petitioner is advised that he may seek a certificate from the Fourth Circuit Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED.**

<u>s/ Terry L. Wooten</u>
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

March 11, 2010
Florence, South Carolina